391 A.2d 676

Commonwealth v. Burgess, Appellant.

Submitted June 23, 1977. George B. Ditter and Calvin S. Drayer, Jr., Assistant Public Defenders, for appellant; Ross Weiss, First Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.